CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

APR 25 2014

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : |
| | : Criminal No. 4:13CR00003-1 |
| FREDDIE VERNELL MIMS | : |

## FORFEITURE MONEY JUDGMENT

**IT IS HEREBY ORDERED THAT:**

    **A.** Pursuant to Rule 32.2(b)(1)(A) of the Federal Rules of Criminal Procedure, the evidence of record and the plea agreement, a money judgment in the amount of $100,000.00 shall be entered against the defendant in that such sum represents in aggregate the amount of the proceeds of the offenses of conviction, whether obtained directly or indirectly as a result of a violations of 21 U.S.C. § 846 and 18 U.S.C. § 1956(h), or is traceable to such property. The defendant shall be jointly and severally liable for this judgment. Proceeds of said offense(s) is subject to forfeiture pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 982(a)(1).

    **B.** The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

    **C.** Pursuant to Fed. R. Crim. P. 32.2(b)(4), this Order of Forfeiture shall become final as to the defendant upon entry, and shall be made a part of the sentence and included in the judgment.

    **D.** The Clerk of this Court shall certify copies of this Order to counsel of record.

ENTERED THIS 25th DAY OF APRIL, 2014.

_____
SENIOR U. S. DISTRICT JUDGE